# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D18-2007

—————————————————

WILLIAM SIMS,

    Appellant,

v.

MARK S. INCH, Secretary,
FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Appellees.

—————————————————

On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

January 16, 2019

PER CURIAM.

    AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

William Sims, pro se, Appellant.

Ashely B. Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Appellees.